May 13, 2005

Mr. Harry M. Reasoner
Vinson & Elkins L.L.P.
1001 Fannin Street, Suite 2300
Houston, TX 77002-6760

Mr. Wayne Barr
TechOne Capital Group, L.L.C.
18 Corporate Woods Blvd., 3rd Floor
Albany, NY 12243

Mr. D. Douglas Brothers
Brothers & Thomas, L.L.P.
114 West 7th Street, Suite 650
Austin, TX 78701

Mr. Miguel Sergio Rodriguez
327 Congress Ste 600
Austin, TX 78701

Mr. R. James George Jr.
George & Brothers, L.L.P.
114 W. 7th Street, Suite 1100
Austin, TX 78701

Mr. W. Wade Porter
Allensworth & Porter, LLP
620 Congress Avenue, Suite 1600
Austin, TX 78701
Honorable Scott H. Jenkins
53rd District Court
P. O. Box 1748
Austin, TX 78767

Mr. Broadus A. Spivey
Spivey & Ainsworth, P.C.
48 East Avenue, Suite 300
Austin, TX 78701

Mr. David E. Dunham
Taylor & Dunham, L.L.P.
327 Congress Ave., Suite 600
Austin, TX 78701

Mr. Patton G. Lochridge
McGinnis Lochridge & Kilgore, L.L.P.
919 Congress Avenue, Suite 1300
Austin, TX 78701

Mr. Roy Q. Minton
Minton Burton Foster & Collins, P.C.
1100 Guadalupe Street
Austin, TX 78701

RE: Case Number: 04-0732
 Court of Appeals Number: 03-04-00056-CV
 Trial Court Number: GN-200604

Style: IN RE CERBERUS CAPITAL MANAGEMENT, L.P., CERBERUS PARTNERS,
 L.P., CERBERUS ASSOCIATES LLC, CRAIG COURT, INC., CRT SATELLITE
 INVESTORS LLC, AND STEPHEN A. FEINBERG

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. (Justice Johnson not
sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Diane O'Neal |
| |Ms. Amalia Rodriguez |
| |Mendoza |